■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE AREVALO, Appellant. [748 NYS2d 70]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., McGinity, H. Miller and Townes, JJ., concur.